**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher Joseph Cornett<br>Angela Marie Cornett<br>aka Angela Marie Johnson<br>Debtor(s) | BK NO. 18-00957 RNO<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
Attorney for Movant/Applicant

Case 1:18-bk-00957-RNO    Doc 29    Filed 08/08/18    Entered 08/08/18 09:27:20    Desc
Main Document      Page 1 of 1